# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0523

VERSUS

JIMMY ADAMS

**JULY 29, 2024**

---

In Re:     Jimmy Adams, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR4-130706.

---

BEFORE:    **CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motion to correct an illegal sentence, filed on January 22, 2024, if it has not already done so.

**WRC**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT